Christopher C. Miles (SBN 268774)
Email: christopher.miles@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112
Telephone: +1 816 983 8000
Attorney for BMO Harris Bank N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>CHD TRANSPORT, INC., *et al.*,<br><br>Defendants. | Case No.: 1:17-cv-00625 DAD-BAM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE SCHEDULING CONFERENCE<br><br>(Doc. 10)<br><br>New Date: September 21, 2017<br>Time: 9:00 a.m.<br>Courtroom: 8(BAM) |

Having reviewed Plaintiff BMO Harris Bank N.A.'s *ex parte* motion to continue the scheduling conference, IT IS HEREBY ORDERED that the Initial Scheduling Conference set for 8/8/2017 is **CONTINUED to September 21, 2017 at 9:00 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference. The parties may appear telephonically at the initial scheduling conference by dialing 1-877-411-9748 (access code 3190866). Plaintiff is ordered to serve a copy of this Order on Defendants.

IT IS SO ORDERED.

Dated: **August 2, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE