Christopher C. Miles (SBN 268774)
Email: christopher.miles@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112
Telephone: +1 816 983 8000
Facsimile: +1 816 983 8080

Attorney for BMO Harris Bank N.A.

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>CHD TRANSPORT, *et al.*,<br><br>Defendants. | Case No.: 1:17-cv-0625 DAD-BAM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO EFFECT SERVICE ON DEFENDANT GURINDER SINGH<br><br>(Doc. 14) |

This matter comes before the Court by way Plaintiff BMO Harris Bank N.A. Motion for leave to attempt service on Defendant Gurinder Singh out of time (the "Motion"). Having evaluated the request for an additional sixty (60) days to serve Defendant; and for good and sufficient cause appearing, IT IS HEREBY ORDERED that the Motion is **GRANTED**. *See* Fed. R. Civ. P. 4(m) (If Plaintiff shows good cause for failure to serve the summons and complaint, the Court must extend the time for service for an appropriate period).

///

1

It is FURTHER ORDERED, that Plaintiff may request reissuance of the summons from the Clerk of Court; and

It is FURTHER ORDERED, that Plaintiff is hereby given leave to attempt service on Defendant Gurinder Singh to and through sixty days from the date of entry of this Order.

IT IS SO ORDERED.

Dated: **August 28, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE